O

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RANDY L. STAPLETON, | ) | No. ED CV 14-00602-JGB (VBK) |
| | ) | |
| Plaintiff, | ) | ORDER (1) ACCEPTING THE FINDINGS |
| | ) | AND RECOMMENDATIONS OF THE UNITED |
| v. | ) | STATES MAGISTRATE JUDGE, AND (2) |
| | ) | DISMISSING THE COMPLAINT |
| COUNTY OF RIVERSIDE BOARD OF SUPERVISORS, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

   **IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, and (2) directing that Judgment be entered dismissing the Complaint, and the action, with prejudice.

DATED:  August 4, 2014  

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE