O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RANDY L. STAPLETON, | ) | No. ED CV 14-00602-JGB (VBK) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF RIVERSIDE BOARD OF SUPERVISORS, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action with prejudice.

DATED: August 4, 2014

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE